1  **Russell D. Garrett**, WSBA #18657
   russell.garrett@jordanramis.com
2  JORDAN RAMIS PC
   1499 SE Tech Center Place, Suite 380
3  Vancouver, WA 98683
   Telephone: (360) 567-3900
4  Facsimile: (360) 567-3901

5         Chapter 7 Trustee

Hon. Brian D. Lynch
Chapter: 7
Hearing Date: January 8, 2019
Hearing Time: 9:00 a.m.
Location: Federal Building
500 West 12th Street, 2nd Floor
Vancouver, WA 98660
Response Date: January 2, 2019

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| In re | Case No. 18-43306-BDL |
|---|---|
| DEBORAH ANNE MILLER | CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION |
| Debtor. | |

The Chapter 7 Trustee objects, as a precautionary matter, to the Debtor's claimed exemption in a possible Gadolinium class action claim under 11 U.S.C. § 522 (d)(11)(D) as premature, because the Debtor has valued the asset at "zero." Further, the applicability of the exemption to the claim is unknown. As such, the Trustee's objection should be preserved until such time as the value of the asset and applicability of the claimed exemption to the claim are known.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION - Page 1

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

1    WHEREFORE, the Trustee respectfully requests an Order preserving the Trustee's objection in the possible Gadolinium class action claim of Ms. Miller until such time as the nature and extent of the claim is determined or until either party seeks determination of the exemption.

DATED this 20th day of November, 2018

JORDAN RAMIS PC

By: /s/ Russell D. Garrett
Russell D. Garrett, WSBA #18657
Chapter 7 Trustee

CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION - Page 2

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

# DECLARATION OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION on:

> Deborah Anne Miller
> 1612 NW 23rd Ave
> Battle Ground, WA 98604
> Debtor

[X] by first class mail, postage prepaid.

> Susan H. Seelye
> Brown & Seelye PLLC
> 744 S Fawcett Ave
> Tacoma, WA 98402
> (253) 573-1958
> email: stopdebt@gmail.com
> Debtor's Attorney

United States Trustee
USTPREGION18.SE.ECT@usdoj.gov

[X] by electronic transmission and first class mail, postage prepaid.

DATED: November 20, 2018.

/s/ Russell D. Garrett
Russell D. Garrett, WSBA # 18657
Chapter 7 Trustee

CERTIFICATE OF SERVICE - 1