| | |
|---|---|
| 1   **Russell D. Garrett**, WSBA #18657<br>russell.garrett@jordanramis.com<br>2   JORDAN RAMIS PC<br>    1499 SE Tech Center Place, Suite 380<br>3   Vancouver, WA 98683<br>    Telephone: (360) 567-3900<br>4   Facsimile: (360) 567-3901 | Hon. Brian D. Lynch<br>Chapter: 7<br>Hearing Date: January 8, 2019<br>Hearing Time: 9:00 a.m.<br>Location: Federal Building<br>500 West 12th Street, 2nd Floor<br>Vancouver, WA 98660<br>Response Date: January 2, 2019 |

5    Chapter 7 Trustee

6

7

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| 10   In re<br>11   DEBORAH ANNE MILLER<br>12        Debtor. | Case No. 18-43306-BDL<br><br>NOTICE OF HEARING RE CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION |

13

14    PLEASE TAKE NOTICE that the Chapter 7 Trustee has filed an Objection to the

15  Debtors' claim of exemption in the possible Gadolinium class action claim and seeks an order

16  preserving the Trustee's objection until such time as the value of the asset and applicability of

17  the exemption to the claim are known. A hearing has been scheduled as follows:

18    JUDGE: HON. BRIAN D. LYNCH

19    DATE: January 8, 2019

20    TIME: 9:00 A.M.

21    PLACE: VANCOUVER FEDERAL BUILDING

22        500 W. 12th, 2nd Floor

23        Vancouver, WA 98660

24    IF YOU OPPOSE the Objection, you must file your written response with the Court

25  Clerk and deliver copies on the undersigned NOT LATER THAN THE RESPONSE DATE,

26  / / / / /

NOTICE OF HEARING RE CHAPTER 7 TRUSTEE'S
OBJECTION TO CLAIMED EXEMPTION - Page 1

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

which is **January 2, 2019**.  If you file a response you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE OBJECTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

DATED this 20th day of November, 2018

JORDAN RAMIS PC

By: /s/ Russell D. Garrett
Russell D. Garrett, WSBA #18657
Chapter 7 Trustee

NOTICE OF HEARING RE CHAPTER 7 TRUSTEE'S
OBJECTION TO CLAIMED EXEMPTION - Page 2

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

# DECLARATION OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION on:

    Deborah Anne Miller
    1612 NW 23rd Ave
    Battle Ground, WA 98604
    Debtor

[X]    by first class mail, postage prepaid.

    Susan H. Seelye
    Brown & Seelye PLLC
    744 S Fawcett Ave
    Tacoma, WA 98402
    (253) 573-1958
    email: stopdebt@gmail.com
    Debtor's Attorney

United States Trustee
USTPREGION18.SE.ECT@usdoj.gov

**BNC Mailing – Notice to All Creditors on Mailing Matrix**

[X]    by electronic transmission and first class mail, postage prepaid.

DATED: November 20, 2018.

                        /s/ Russell D. Garrett
                        Russell D. Garrett, WSBA # 18657
                        Chapter 7 Trustee

CERTIFICATE OF SERVICE - 1

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373