Entered on Docket January 15, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

Form oifp (05/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In
Re:

    Deborah Anne Miller

    Debtor(s).

Case Number: 18–43306–BDL
Chapter: 7

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the Debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

DENIED. Debtor's income at filing exceeds the limits for a fee waiver under 28 USC Sect. 1930(f). Moreover, Debtor has other funds available (i.e. bank account, tax refunds) to pay the filing fee.

Per Fed. R. Bankr. P. 1006(b)(2), Debtor must pay the filing fee in full within 180 days from the petition date. The debtor shall pay the Chapter 7 filing fee according to the following terms:

$112.00 on or before January 25, 2019
$112.00 on or before February 25, 2019
$111.00 on or before March 26, 2019

Until the filing fee is paid in full, the Debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

NOTE: Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.

///End of Order///